# EXHIBIT "5"

Return To M E Wileman
Orion Financial Group, Inc
2860 Exchange Blvd. # 100
Southlake, TX 76092

Tampa, Florida 33619-1328
CMV Fekary, Anthony D.

### AFFIDAVIT OF LOST ASSIGNMENT

BE IT KNOWN that on this 6/8/2009, before me, the undersigned authority, a Notary Public duly commissioned and qualified in and for the State and County aforesaid, personally came and appeared D M Wileman who, upon being duly sworn, did depose and state as follows

1. That he is the Vice President of Orion Financial Group, Inc for CITIMORTGAGE, INC, ("Affiant") and is duly authorized to execute this Affidavit of Lost Assignment ("Affidavit") in such capacity, and

CITIMORTGAGE, INC
Orion Financial Group, Inc, Attorney in fact

By _____
D M Wileman, Vice President

☐ = EVIDENCE THAT ORION CREATED THE DOCUMENT
▨ = ORION IS PURPORTING TO BE OTHER CORPORATIONS

**D.M. WILEMAN ADMITS TO BEING ORION EMPLOYEE**

PREPARED BY & RETURN TO:
S. A. Wileman
Orion Financial Group, Inc.
2860 Exchange Blvd. # 100
Southlake, TX 76092
(888) 31-ORION

RETURN ENVELOPE

**Assignment of Mortgage**

instrument by its proper officer. Executed on. October 28, 2005
AMERIQUEST MORTGAGE COMPANY
Orion Financial Group, Inc. Attorney in fact

By _____
D. M. Wileman, Vice President

RETURN TO:
S. A. Wileman
Orion Financial Group, Inc.
2860 Exchange Blvd. # 100
Southlake, TX 76092

officer. Executed on: 5/10/2006

**Assignment of Deed of Trust**

GREEN-TREE FINANCIAL SERVICING CORPORATION
Orion Financial Group, Inc. Attorney in fact

By _____
D. M. Wileman, Vice President

RECORDING REQUESTED BY
FIRST AMERICAN TITLE INSURANCE COMPANY

Recording Requested by: Orion Financial Group, Inc.

PLEASE FORWARD RECORDED DOCUMENT TO:
CITIMORTGAGE, INC.
c/o Orion Financial Group, Inc.
2860 Exchange Blvd. # 100
Southlake, TX 76092

### Assignment of Deed of Trust

IN WITNESS WHEREOF, the undersigned corporation ha proper officer. Executed on: May 28, 2010
MORTGAGE DEPOT
By: Orion Financial Group, Inc. Attorney in fact

_____
D. M. Wileman, Vice President

**NOTARY IS J. FLORES**

J. FLORES
Notary Public, State of Texas
My Commission Expires
October 28, 2013

Notary public, I. Flores
My commission expires: October 28, 2013

PREPARED BY & RETURN TO:
M. E. Wileman
Orion Financial Group, Inc.
2860 Exchange Blvd. # 100
Southlake, TX 76092
(888) 31-ORION

**Assignment of Mortgage**

instrument by its proper officer. Executed on June 5, 2008
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS")
MORTGAGE EXPRESS, INC.

By _____
D. M. Wileman, Vice President

LARSON   SJR

PREPARED BY & RETURN TO
S. A. Wileman
Orion Financial Group, Inc.
2860 Exchange Blvd. # 100
Southlake, TX 76092
(888) 31-ORION

**RELEASE OF LIEN**

Executed on September 8, 2005.
CENTEX HOME EQUITY COMPANY, LLC

By _____
D. M. Wileman, Vice President

RETURN TO:
M. E. Wileman
Orion Financial Group, Inc.
2860 Exchange Blvd. # 100
Southlake, TX 76092

MCI   MORTGAGE COMPLIANCE INVESTIGATORS

### ASSIGNMENT OF MORTGAGE

IN WITNESS WHEREOF, the undersigned corporation has cau
Executed on: December 9, 2010
CITIMORTGAGE, INC.

By _____
D. M. Wileman, Vice President

**NOTARY IS J. FLORES**

J. FLORES
Notary Public, State of Texas
My Commission Expires
October 28, 2013

Notary public J. Flores
My commission expires: October 28, 2013

PREPARED BY & RETURN TO:
M. E. Wileman
Orion Financial Group, Inc.
2860 Exchange Blvd # 100
Southlake, TX 76092
(888) 316-7466

RETURN ENVELOPE

**Assignment of Mortgage**

IN WITNESS WHEREOF, the undersigned corporation has caused this proper officer. Executed on October 5, 2010
CITIMORTGAGE, INC.

By _____
D. M. Wileman, Vice President

**NOTARY IS J. FLORES**

J. FLORES
Notary Public, State of Texas
My Commission Expires
October 28, 2013

Notary public, J. Flores
My commission expires: October 28, 2013