# EXHIBIT "10"

Recording requested by:

When recorded mail to:

Quality Loan Service Corp.
2141 5th Avenue
San Diego, CA 92101
619-645-7711

TS #: **CA-10-366514-AB**
Order #: **4466018**

Space above this line for recorders use

## Substitution of Trustee

WHEREAS, RENE AVILA AND NANCY M. AVILA, HUSBAND AND WIFE was the original Trustor, VERDUGO TRUSTEE SERVICE CORPORATION was the original Trustee, and CITIFINANCIAL MORTGAGE COMPANY, LLC was the original Beneficiary under that certain Deed of Trust dated 8/23/2006 and recorded on 8/30/2006 as Instrument No. 2006-0642009, in book xxx, page xxx of Official Records of RIVERSIDE County, CA; and

WHEREAS, the undersigned is the present Beneficiary under said Deed of Trust, and

WHEREAS, the undersigned desires to substitute a new Trustee under said Deed of Trust in place and stead of said original Trustee, or Successor Trustee, thereunder, in the manner provided for in said Deed of Trust,

NOW, THEREFORE, the undersigned hereby substitutes QUALITY LOAN SERVICE CORPORATION ,as Trustee under said Deed of Trust.

Whenever the context hereof so requires, the masculine gender includes the feminine and/or neuter, and the singular number includes the plural.

Page 1

Substitution of Trustee - CA
TS # CA-10-366514-AB
Page 2

Dated:   JUL 0 8 2010                     CitiMortgage, Inc..

                                          By: Aaron Menne, Vice President

State of MISSOURI)
County of St. CHARLES)

On JUL  8 2010 Date before me, __Dennis J Luecke__ a notary public, personally appeared Aaron Menne, Vice President who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of MISSOURI that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

```
DENNIS J. LUECKE
Notary Public - Notary Seal
State of Missouri
St. Charles County
Commission #08672763
My Commission Expires 11/04/2012
```