EXHIBIT "11"

